**Frankie UNDERWOOD,
Appellant, Pro Se,**

v.

**DIVISION OF EMPLOYMENT
SECURITY, Respondent;**

**Hunt Midwest Mining, Inc.,
Defendant, Respondent.**

**No. WD 59985.**

Missouri Court of Appeals,
Western District.

Nov. 20, 2001.

Frankie Underwood, Leavenworth, KS, pro se.

Sharon A. Willis, Kansas City, for respondent.

Before NEWTON, P.J.,
LOWENSTEIN and SMART, JJ.

### *ORDER*

PER CURIAM.

Appellant, Frankie Underwood, appealed from an order of the Labor and Industrial Relations Commission affirming the decision of the Appeals Tribunal finding Underwood was disqualified from receiving unemployment compensation benefits because he rejected an offer of suitable work from his employer. The Court of Appeals held that Underwood failed to ac-

cept suitable work without good cause. Affirmed. Rule 84.16(b).